IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| LYNN MAD PLUME, Personal Representative of the Estate of Wyatt Mad Plume, and DIANA BURD,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES Of AMERICA,<br><br>Defendant. | CV 25-102-GF-WWM<br><br>PROTECTIVE ORDER |

The United States has filed an unopposed motion for an order authorizing disclosure of documents and materials protected by the Privacy Act, 5 U.S.C. § 522a(b)(12). (Doc. 9). The United States anticipates that Plaintiffs will request it to produce documents and materials containing personal identifying information and other information protected by the Privacy Act, including, but not limited to, contracting documents, personnel/employment files, medical records, and other agency systems of records. For good cause appearing,

**IT IS HEREBY ORDERED** that, in connection with litigation of this matter, the United States is authorized to produce or disclose documents and materials protect by the Privacy Act, 5 U.S.C. § 522a(b)(12).

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 20th day of February, 2026.

_____
WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE