# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| LYNN MAD PLUME, Personal Representative of the Estate of Wyatt Mad Plume, and DIANA BURD,<br><br>               Plaintiffs,<br><br>vs.<br><br>UNITED STATES Of AMERICA, AVEL eCARE, LLC, UROOJ SAEED; MITCHELL RELF, RICHARD PARDILLA, BRIANNA JEAN RICK, HEATHER BERNEY, and DOES 7-10,<br><br>               Defendants. | CV 25-102-GF-WWM<br><br><br>ORDER GRANTING MOTION TO STAY |

Upon Plaintiffs' unopposed motion to stay (Doc. 13), and for good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiffs' motion is **GRANTED** and this matter is **STAYED** pending completion of the Montana Medical Legal Panel process.

**IT IS FURTHER ORDERED** that Plaintiffs shall notify the Court when the Montana Medical Legal Panel process is complete.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 18th day of March, 2026.

WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE